# Attachment 2

CM

| AOC-105  Doc. Code: CI | | Case No. 17-CI-357 |
|---|---|---|
| Rev. 1-07  Page 1 of 1  Commonwealth of Kentucky  Court of Justice  www.courts.ky.gov  CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court ☑ Circuit ☐ District  County Madison |

**PLAINTIFF**

FREDDIE    L    SWANN
3415 ROBIN LYNN DRIVE

ASHLAND    Kentucky    41102

VS.

**DEFENDANT**

RYDER SYSTEM, INC.
11690 N.W. 105th STREET

MIAMI    Florida    33178    1103

**Service of Process Agent for Defendant:**
ROBERT    D    FATOVIC
11690 N.W. 105th STREET

MIAMI    Florida    33178    1103

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 07-14, 2017    Darlene Snyder    Clerk
By: _____ D.C.

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ___ day of _____, 2___.

Served by: _____
_____ Title

| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 17-CI-357<br>Court ☑ Circuit ☐ District<br>County Madison |
|---|---|---|

**PLAINTIFF**

FREDDIE L SWANN
3415 ROBIN LYNN DRIVE

ASHLAND    Kentucky    41102

VS.

**DEFENDANT**

RYDER SYSTEM, INC.
11690 N.W. 105th STREET

MIAMI    Florida    33178    1103

**Service of Process Agent for Defendant:**
ROBERT    D    FATOVIC
11690 N.W. 105th STREET

MIAMI    Florida    33178    1103

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 07-14-, 2017

Darlene Snyder, Clerk
By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this ____ day of _____, 2____.
Served by: _____
Title



FILED
TIME_____ A.M./P.M.
JUL 14 2017
MADISON CIRCUIT COURT
PARI LEE SNYDER CLERK

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION One
CIVIAL ACTION NO. 17-CI-357

FREDDIE L. SWANN                                                                                     PLAINTIFF

        3415 Robin Lynn Drive
        Ashland, KY 41102

VS.                                    **VERIFIED COMPLAINT**

RYDER SYSTEM, INC                                                                                    DEFENDANT

    **SERVE:**    Kentucky Secretary of State
                    700 Capital Avenue, Suite 86
                    Frankfort, KY 40601

    **SERVE:**    Robert D. Fatovic
                    Ryder system, Inc.
                    C/O Vice-President, Compensation and Benefits
                    11690 N.W. 105th Street
                    Miami, FL 33178-1103

LIBERTY LIFE ASSURANCE CO. OF BOSTON                                                                  DEFENDANT

    **SERVE:**    Kentucky Secretary of State
                    700 Capital Avenue, Suite 86
                  Frankfort, KY 40601

    **SERVE:**    Corporation Service Company
                    Process Agent
                  421 W. Main Street
                  Frankfort, KY 40601

        \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

1. The Plaintiff, Freddie Swann, brings this action against the Defendants, Ryder System, Inc. (hereinafter "Ryder") and Liberty Life Assurance Co. of Boston (hereinafter "Liberty

Life"), for breach of contract. Mr. Swann was an employee of Ryder Integrated Logistics, Inc. and, as a fringe benefit, was a participant in a group disability insurance plan administered by Ryder System, Inc. Liberty Life is the Benefits Administrator under the Plan. This Complaint challenges the amount of disability benefits being paid by Liberty Life. Mr. Swann is filing this action to recover benefits due under the LTD insurance policy, to declare his rights under the terms of the policies, and to recover costs and attorney's fees.

## PARTIES

2. The Plaintiff, Freddie Swann, is a resident of Ashland, Boyd County, Kentucky. Mr. Swann, at all times pertinent, was a participant in a group disability insurance plan that was issued to his employer, Ryder Integrated Logistics, Inc. in Richmond, Madison County, Kentucky.

3. Ryder Integrated Logistics, Inc., is a wholly owned subsidiary of Defendant Ryder System, Inc. a Florida corporation with its principal office at 11690 NW 105th Street, Miami, FL 33178. Ryder's registered agent is Robert D. Fatovic, 11690 N.W. 105th Street, Miami, FL 33178-1103. Ryder is a for-profit corporation and does business in the Commonwealth of Kentucky, deriving revenue from its business it conducts in Kentucky.

4. The Defendant, Liberty Life Assurance Co. of Boston, is a New Hampshire corporation with its principal office at 175 Berkeley Street, Boston, MA 02117. Liberty's registered agent is Corporation Service Company, 421 W. Main Street, Frankfort, KY 40601. Liberty is a for-profit corporation and does business in the Commonwealth of Kentucky, deriving revenue from its business it conducts in Kentucky.

## JURISDICTION

5. Jurisdiction is proper in this Court because the damages sought are in excess of the minimum jurisdictional amount of the Court.

## VENUE

6. Venue is proper in this Court because Madison County is where the transaction took place.

## BACKGROUND

7. Mr. Swann was hired to work for Ryder Integrated Logistics, Inc. in Richmond, Madison County, Kentucky on September 14, 2015. Through this employment, he participated in a group disability insurance Policy No. GF3-850-290449-01 (hereinafter "Plan"). Ryder is the Plan Administrator and Liberty Life is the Benefits Administrator.

8. The plans' covered class includes Mr. Swann.

9. As a full-time employee, Mr. Swann became insured under the plan.

10. The policy provided for LTD benefits to cover the employees who meet all contractual provisions, including the definition of disability.

11. Mr. Swann worked as an over-the-road truck driver for which he was paid 26 cents a mile plus $18 an hour for "down time" and a fixed amount for "stops".

12. From September 14, 2015 through the end of the year (3 ½ months) Mr. Swann earned $19,644.06 per the 2015 W-2 from Ryder Integrated Logistics, Inc. (See Exhibit A)

13. The weekly Earning Statements that reflect how his pay is determined illustrates that 72% of his weekly pay in the last quarter of 2015 was based on his mileage, the remainder for hourly time and "stops".

3

14. In January of 2016 Mr. Swann was injured at home and as a result of his injuries and is not able to engage in any gainful fulltime work activities.

15. Mr. Swann applied for Short Term Disability ("STD") benefits with Liberty Life and began receiving them on January 19, 2016. On July 19, 2016, he began receiving Long Term Disability ("LTD") benefits from Liberty Life and he continues to receive those.

16. The Plan explains how the monthly benefit amount for LTD benefits is calculated as follows:

> **"Your Monthly LTD Benefit**
>
> LTD benefits are paid on the number of months you are disabled. During the first 24 months, you are provided benefits based on the level of coverage you have elected, 40%, 50% or 60% of pre-disability earnings. If you have elected additional Long-Term Disability coverage, your benefit may be continued based on your additional coverage election and approval by the benefit administrator.
>
> Pre-disability earnings are based on your *base pay* or previous 2-year average earnings, whichever is greater. Prior 2-year average earnings are your total annual earnings for the 24-month period ending August 31 of the prior plan year." (emphasis added) (Plan pp. 180-181)

17. All parties are in agreement that Mr. Swann did not work long enough to have a "previous 2-year average earnings" number thus his LTD is based solely on his "base pay."

18. The Plan's only definition of "base pay" is found in the STD section as follows:

> **"FOR FIELD HOURLY/DRIVER/WAREHOUSE EMPLOYEE**
>
> "…Weekly *base pay* is the average of the last 3 months (13 weeks) of earnings starting with the most recent completed full month of work prior to the date of your disability. *Base pay* includes overtime, bonuses, commissions, stops, starts, and mileage." (emphasis added) (Plan p.169)

19. Liberty Life apparently relies upon Ryder to provide the "base pay" income number to calculate Mr. Swann's LTD benefit amount.

20. Ryder has disregarded the Plan's definition of "base pay" and how that pay shall be calculated (i.e., adding overtime, bonuses, commissions, stops, starts and mileage) and instead arbitrarily calculated Mr. Swann's base pay as if he were an hourly employee to arrive at a base pay of $3,120 per month ($18 x 40 = $720 x 52 = $37,400 divided by 12).

21. Ryder provided this "base pay" number to Liberty Life, who in turn has paid Mr. Swann 60% of that number, or $1,872 in monthly LTD benefits.

22. Following the Plan's definition of "base pay", and using the pay Mr. Swann received for stops, hourly time, and mileage, the correct "base pay" number is $6,409.13 which, when multiplied by 60%, converts to a monthly LTD benefit of $3,845.49.

## BREACH OF CONTRACT

23. Mr. Swann is the beneficiary of a group LTD insurance policy issued by Liberty Life.

24. Mr. Swann has, in good faith, fulfilled all duties, terms and conditions required of him to receive those benefits.

25. Liberty has breached its duties under the policy by failing to pay the appropriate LTD benefits to Mr. Swann.

26. As a direct and proximate cause of said breach of contract, Mr. Swann has suffered the loss of LTD benefits. Specifically, Mr. Swann is entitled to past-due benefits, plus interest, and future LTD benefits per the terms of the disability insurance contract.

WHEREFORE, the Plaintiff demands the following relief:

1. Declaratory relief that he is entitled to monthly LTD benefits in the amount of $3,845.39,

past, present and future, including legal interest on the past-due amount;

2. For reimbursement of all his costs associated with filing this complaint, including any and all attorney fees;

3. For any and all other relief to which the Plaintiff may appear entitled under equity or law.

Respectfully Submitted,

DANIEL E. MORIARTY
DANIEL E. MORIARTY, PLLC
PO Box 4977
301 East Main Street, Suite 720
Lexington, Kentucky 40544-4977
Phone: (859) 233-0705
Fax:   (859) 233-0537
danmoriarty@moriartylawoffice.com

## VERIFICATION

The allegations contained in the foregoing are true and correct to the best of my knowledge and belief.

_____
Freddie L Swann

State of Kentucky)
County of Fayette)

Subscribed, sworn to and acknowledged before by Freddie L. Swann on this __13__ day of July 2017.

My commission expires: ___May 9, 2021___

_____
Notary Public / State at Large

6

91 7146 9441 7030 0122 5474

ROBERT D FATO~~VI~~
11690 N.W. ~~105~~TH STREET
MI~~AMI,~~ FLORIDA 33178
17-CI-00357

*David Barber* (signature)

# OF PCS: 1
FK20205163627
07/21/17
14:20
USER: CESAR
TRK#: 9171999991703022105974
CARR: USPS
~~DE~~PT: LAW 4W



| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

July 21, 2017



LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 BERKELEY STREET
BOSTON, MA 02117


FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 17-CI-357

COURT:  Circuit Court Clerk
        Madison County
        P.O. Box 813
        Richmond, KY 40476-0813
        Phone: (859) 624-4793

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   (1) **Your attorney, or**
   (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
   (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

---

Kentucky Secretary of State's Office          Summons Division                          7/21/2017

LAS

| AOC-105  Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 17-CI-357 |
|---|---|---|
| | | Court  ☑ Circuit  ☐ District |
| | | County  Madison |

**PLAINTIFF**

FREDDIE            L            SWANN
3415 ROBIN LYNN DRIVE

ASHLAND            Kentucky            41102

VS.

**DEFENDANT**

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 BERKELEY STREET

BOSTON            Massachusettes            02117

**RECEIVED**
**JUL 21 2017**
SECRETARY OF STATE
COMMONWEALTH OF KY

**Service of Process Agent for Defendant:**
KENTUCKY SECRETARY OF STATE
700 CAPITAL AVENUE
SUITE 86
FRANKFORT            Kentucky            40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 07-14- , 2017            Darlene Snyder            Clerk
By:            D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.

Served by: _____
_____ Title

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION One
CIVIAL ACTION NO. 17-CI-357

**FREDDIE L. SWANN**                                                                         PLAINTIFF

       3415 Robin Lynn Drive
       Ashland, KY 41102

VS.                                    **VERIFIED COMPLAINT**

**RYDER SYSTEM, INC**                                                                     DEFENDANT

    **SERVE:**    Kentucky Secretary of State
                    700 Capital Avenue, Suite 86
                    Frankfort, KY 40601

    **SERVE:**    Robert D. Fatovic
                    Ryder system, Inc.
                    C/O Vice-President, Compensation and Benefits
                    11690 N.W. 105th Street
                    Miami, FL 33178-1103

**LIBERTY LIFE ASSURANCE CO. OF BOSTON**                                     DEFENDANT

    **SERVE:**    Kentucky Secretary of State
                    700 Capital Avenue, Suite 86
                    Frankfort, KY 40601

    **SERVE:**    Corporation Service Company
                    Process Agent
                    421 W. Main Street
                    Frankfort, KY 40601

A TRUE COPY ATTEST:
DATE: 07-14-2017
DARLENE G. SNYDER, CLERK
MADISON CIRCUIT/DISTRICT/FAMILY COURTS
BY: _____ D.C.

      \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

1. The Plaintiff, Freddie Swann, brings this action against the Defendants, Ryder System, Inc. (hereinafter "Ryder") and Liberty Life Assurance Co. of Boston (hereinafter "Liberty

Life"), for breach of contract. Mr. Swann was an employee of Ryder Integrated Logistics, Inc. and, as a fringe benefit, was a participant in a group disability insurance plan administered by Ryder System, Inc. Liberty Life is the Benefits Administrator under the Plan. This Complaint challenges the amount of disability benefits being paid by Liberty Life. Mr. Swann is filing this action to recover benefits due under the LTD insurance policy, to declare his rights under the terms of the policies, and to recover costs and attorney's fees.

## PARTIES

2. The Plaintiff, Freddie Swann, is a resident of Ashland, Boyd County, Kentucky. Mr. Swann, at all times pertinent, was a participant in a group disability insurance plan that was issued to his employer, Ryder Integrated Logistics, Inc. in Richmond, Madison County, Kentucky.

3. Ryder Integrated Logistics, Inc., is a wholly owned subsidiary of Defendant Ryder System, Inc. a Florida corporation with its principal office at 11690 NW 105th Street, Miami, FL 33178. Ryder's registered agent is Robert D. Fatovic, 11690 N.W. 105th Street, Miami, FL 33178-1103. Ryder is a for-profit corporation and does business in the Commonwealth of Kentucky, deriving revenue from its business it conducts in Kentucky.

4. The Defendant, Liberty Life Assurance Co. of Boston, is a New Hampshire corporation with its principal office at 175 Berkeley Street, Boston, MA 02117. Liberty's registered agent is Corporation Service Company, 421 W. Main Street, Frankfort, KY 40601. Liberty is a for-profit corporation and does business in the Commonwealth of Kentucky, deriving revenue from its business it conducts in Kentucky.

2

## JURISDICTION

5. Jurisdiction is proper in this Court because the damages sought are in excess of the minimum jurisdictional amount of the Court.

## VENUE

6. Venue is proper in this Court because Madison County is where the transaction took place.

## BACKGROUND

7. Mr. Swann was hired to work for Ryder Integrated Logistics, Inc. in Richmond, Madison County, Kentucky on September 14, 2015. Through this employment, he participated in a group disability insurance Policy No. GF3-850-290449-01 (hereinafter "Plan"). Ryder is the Plan Administrator and Liberty Life is the Benefits Administrator.

8. The plans' covered class includes Mr. Swann.

9. As a full-time employee, Mr. Swann became insured under the plan.

10. The policy provided for LTD benefits to cover the employees who meet all contractual provisions, including the definition of disability.

11. Mr. Swann worked as an over-the-road truck driver for which he was paid 26 cents a mile plus $18 an hour for "down time" and a fixed amount for "stops".

12. From September 14, 2015 through the end of the year (3 ½ months) Mr. Swann earned $19,644.06 per the 2015 W-2 from Ryder Integrated Logistics, Inc. (See Exhibit A)

13. The weekly Earning Statements that reflect how his pay is determined illustrates that 72% of his weekly pay in the last quarter of 2015 was based on his mileage, the remainder for hourly time and "stops".

14. In January of 2016 Mr. Swann was injured at home and as a result of his injuries and is not able to engage in any gainful fulltime work activities.

15. Mr. Swann applied for Short Term Disability ("STD") benefits with Liberty Life and began receiving them on January 19, 2016. On July 19, 2016, he began receiving Long Term Disability ("LTD") benefits from Liberty Life and he continues to receive those.

16. The Plan explains how the monthly benefit amount for LTD benefits is calculated as follows:

   **"Your Monthly LTD Benefit**

   LTD benefits are paid on the number of months you are disabled. During the first 24 months, you are provided benefits based on the level of coverage you have elected, 40%, 50% or 60% of pre-disability earnings. If you have elected additional Long-Term Disability coverage, your benefit may be continued based on your additional coverage election and approval by the benefit administrator.

   Pre-disability earnings are based on your *base pay* or previous 2-year average earnings, whichever is greater. Prior 2-year average earnings are your total annual earnings for the 24-month period ending August 31 of the prior plan year." (emphasis added) (Plan pp. 180-181)

17. All parties are in agreement that Mr. Swann did not work long enough to have a "previous 2-year average earnings" number thus his LTD is based solely on his "base pay."

18. The Plan's only definition of "base pay" is found in the STD section as follows:

   **"FOR FIELD HOURLY/DRIVER/WAREHOUSE EMPLOYEE**

   "...Weekly *base pay* is the average of the last 3 months (13 weeks) of earnings starting with the most recent completed full month of work prior to the date of your disability. *Base pay* includes overtime, bonuses, commissions, stops, starts, and mileage." (emphasis added) (Plan p.169)

19. Liberty Life apparently relies upon Ryder to provide the "base pay" income number to calculate Mr. Swann's LTD benefit amount.

4

20. Ryder has disregarded the Plan's definition of "base pay" and how that pay shall be calculated (i.e., adding overtime, bonuses, commissions, stops, starts and mileage) and instead arbitrarily calculated Mr. Swann's base pay as if he were an hourly employee to arrive at a base pay of $3,120 per month ($18 x 40 = $720 x 52 = $37,400 divided by 12).

21. Ryder provided this "base pay" number to Liberty Life, who in turn has paid Mr. Swann 60% of that number, or $1,872 in monthly LTD benefits.

22. Following the Plan's definition of "base pay", and using the pay Mr. Swann received for stops, hourly time, and mileage, the correct "base pay" number is $6,409.13 which, when multiplied by 60%, converts to a monthly LTD benefit of $3,845.49.

## BREACH OF CONTRACT

23. Mr. Swann is the beneficiary of a group LTD insurance policy issued by Liberty Life.

24. Mr. Swann has, in good faith, fulfilled all duties, terms and conditions required of him to receive those benefits.

25. Liberty has breached its duties under the policy by failing to pay the appropriate LTD benefits to Mr. Swann.

26. As a direct and proximate cause of said breach of contract, Mr. Swann has suffered the loss of LTD benefits. Specifically, Mr. Swann is entitled to past-due benefits, plus interest, and future LTD benefits per the terms of the disability insurance contract.

WHEREFORE, the Plaintiff demands the following relief:

1. Declaratory relief that he is entitled to monthly LTD benefits in the amount of $3,845.39,

past, present and future, including legal interest on the past-due amount;

2. For reimbursement of all his costs associated with filing this complaint, including any and all attorney fees;

3. For any and all other relief to which the Plaintiff may appear entitled under equity or law.

Respectfully Submitted,

DANIEL E. MORIARTY
**DANIEL E. MORIARTY, PLLC**
PO Box 4977
301 East Main Street, Suite 720
Lexington, Kentucky 40544-4977
Phone: (859) 233-0705
Fax:    (859) 233-0537
danmoriarty@moriartylawoffice.com

## VERIFICATION

The allegations contained in the foregoing are true and correct to the best of my knowledge and belief.

Freddie L Swann

State of Kentucky)
County of Fayette)

Subscribed, sworn to and acknowledged before by Freddie L. Swann on this 13 day of July 2017.

My commission expires: May 9, 2021

Notary Public / State at Large

6

**Kentucky**
UNBRIDLED SPIRIT
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

**CERTIFIED MAIL**

7192 2677 0010 0241 1053

RETURN RECEIPT (ELECTRONIC)
**RETURN RECEIPT REQUESTED**

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 BERKELEY STREET
BOSTON, MA 02117

neopost
07/24/2017
US POSTAGE $004.02
ZIP 40601
041M12250918

0211643950 CC27