UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| FREDDIE L. SWANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 5:17-cv-330-JMH |
| | ) | |
| | ) | |
| RYDER SYSTEM, INC., | ) | **JUDGMENT** |
| et al., | ) | |
| | ) | |
| Defendants. | | |

\*\*\*

In accordance with the Court's Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) That judgment is entered in favor of Defendants Ryder System Inc. and Liberty Life Assurance Company of Boston

(2) That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions be, and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY**;

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 23rd day of May, 2018.

1



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge